Form:defch13

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 22−31232−jda
Chapter: 13

In Re: (NAME OF DEBTOR(S))

| | |
|---|---|
| James Williams<br>1914 Rock Creek Lane<br>Flint, MI 48507 | Patricia Williams<br>1914 Rock Creek Lane<br>Flint, MI 48507 |

Social Security No.:
xxx−xx−5425                                xxx−xx−4359

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

- ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature
- ☐ Credit Counseling Certificate
- ☐ Credit Counseling Certificate − Joint Debtor
- ☑ Chapter 13 Statement of Your Current Monthly Income Form 122C−1
- ☑ Chapter 13 Plan
- ☑ Declaration About an Individual Debtor(s) Schedules
- ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney
- ☐ Initial Statement About an Eviction Judgment Against You
- ☐ Schedule A/B
- ☐ Schedule C − Debtor
- ☐ Schedule C − Joint Debtor
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Schedule J−2
- ☑ Schedule A−J
- ☐ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b)
- ☑ Statement of Financial Affairs
- ☑ Summary of Assets and Liabilities
- ☐ Tax ID

The missing document(s) must be filed on or before **9/1/22**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 8/19/22

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

In re:            Case No. 22-31232-jda
James Williams         Chapter 13
Patricia Williams
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0645-4      User: admin      Page 1 of 1
Date Rcvd: Aug 19, 2022      Form ID: defch13      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

**Recip ID     Recipient Name and Address**
db/jdb      + James Williams, Patricia Williams, 1914 Rock Creek Lane, Flint, MI 48507-2275

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

**Name      Email Address**

George E. Jacobs
     on behalf of Joint Debtor Patricia Williams george@bklawoffice.com
     georgejacobsandassociates@gmail.com;R47050@notify.bestcase.com;geolaw85@aol.com

George E. Jacobs
     on behalf of Debtor James Williams george@bklawoffice.com
     georgejacobsandassociates@gmail.com;R47050@notify.bestcase.com;geolaw85@aol.com

TOTAL: 2