# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

**IN RE:**
    James Williams                                         CHAPTER 13
    Patricia Williams                                    CASE NO: 22-31232
        Debtors.                                         JUDGE: Joel D. Applebaum
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the Confirmation Hearing shall be adjourned from October 18, 2022 to December 13, 2022 at 9:00 a.m.

IT IS FURTHER ORDERED that the Debtors shall file and serve an amended Plan on or before November 10, 2022.

IT IS FURTHER ORDERED that the Debtors shall provide the following documents to the Trustee on or before 11/10/2022:

    a. Complete copies of bank statements from May 2022 and September 2022 bank statements from Financial Plus Credit Union.
    b. Complete copies of bank statements from May 1, 2022 through June 30, 2022, from ELGA Credit Union.
    c. Complete copies of bank statements from May 1, 2022 through June 17, 2022 bank from Chase Bank.

IT IS FURTHER ORDERED that if any of the conditions indicated above are not satisfied, then the Trustee may file an Affidavit of Default along with an Order of Dismissal with no further notice or hearing.

IT IS FURTHER ORDERED that this case may be confirmed prior to the adjourned date upon the approval of objecting creditors and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that Debtors' counsel shall serve a copy of the entered order on the Debtors and any interest parties as applicable within 7 days.

**Signed on October 24, 2022**



/s/ Joel D. Applebaum

**Joel D. Applebaum
United States Bankruptcy Judge**