UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:22-31232-jda
Chapter 13
Hon: APPLEBAUM

James Williams
Patricia Williams

                               Debtor(s).
_____/
THOMAS C. LEDUC (P45039)
ecfbk@leducfrank.com
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224

George Jacobs
2425 S. Linden Road
Ste C
Flint, MI 48532
810-720-4333
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that U of M Credit Union hereby appears in the above action, by and through its attorneys Leduc Law Group, PC, and requests that all papers in the case be served at the address stated below: Thomas C. Leduc, Esq., P.O. Box 2191,Royal Oak, MI 48068 248-268-2224, ecfbk@leducfrank.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: 10/31/2022                  By:     /S/ Thomas C. Leduc
                                                          Thomas C. Leduc (P45039)
                                                          ecfbk@leducfrank.com
                                                          Attorney for Creditor
                                                          P.O. Box 2191
                                                          Royal Oak, MI 48068
                                                          248-268-2224